**No. 10-5940. Kevin Joseph Fenner, Petitioner v. United States.**

562 U.S. 1141, 131 S. Ct. 900, 178 L. Ed. 2d 758, 2011 U.S. LEXIS 343.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 600 F.3d 1014.